[No. 72364-2-I.   Division One.   November 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DONALD STEPHENS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 13-1-00114-3, S. Brooke Taylor, J., entered July 30, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 44724-0-II.   Division Two.   November 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TERESA TEA MOODY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-01038-6, James J. Dixon, J., entered April 2, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 44741-0-II.   Division Two.   November 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MOISES SEGOVIA-BARRERA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 12-1-00340-1, F. Mark McCauley, J., entered April 8, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 44938-2-II.   Division Two.   November 13, 2014.]

STEPHEN J. WILSON ET AL., *Respondents*, v. MT. SOLO LANDFILL, INC., ET AL., *Defendants*, KEYSTONE CONTRACTING, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-2-00197-1, Stephen M. Warning, J., entered May 15, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.